**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: John Bush** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: T. Dabney** |
| **MICHAEL BORDERS** | |
| **counsel: Bruce Eddy** | |
| **counsel:** | **Date: August 6, 2008** |
| | **CASE NO: 4:06CR00269-01** |

**COURT PROCEEDING: Probation Revocation Hearing**

**Begin: 2:00 p.m.**                                                                              **End: 2:30 p.m.**

**Court calls cases and reviews to present; deft admits alleged violations; Court finds admitted violations occurred; motions to revoke GRANTED; 6 months BOP; 12 SR to follow; deft to report to BOP by 2:00 p.m. on Monday, September 8, 2008.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**