IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs				4:06CR00269-01-WRW

MICHAEL BORDERS

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of six (6) months at a designated Bureau of Prisons correctional facility. The defendant is to participate in nonresidential substance abuse treatment during incarceration. The defendant is to report to the designated BOP facility by 2:00 p.m. on Monday, September 8, 2008.

A term of supervised release of twelve (12) months is imposed to follow incarceration. The first six (6) months of supervision will be served at a residential re-entry center (City of Faith). The defendant is to participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The remaining conditions of supervised release previously ordered remain in full force and effect.

IT IS SO ORDERED 7th day of August, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Borders.wpd